No. 71–366. TIDEWATER OIL CO. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–370. SCAGLIONE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–371. KEOGH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–372. LAW RESEARCH SERVICE, INC., ET AL. *v.* BLAIR & CO., GRANBERY MARACHE, INC. C. A. 2d Cir. Certiorari denied.

No. 71–376. KINNEAR-WEED CORP. *v.* HUMBLE OIL & REFINING CO. C. A. 5th Cir. Certiorari denied.

No. 71–383. NUNNELLEY ET AL. *v.* MILLER ET AL. Ct. App. Ky. Certiorari denied.

No. 71–386. RICE GROWERS' ASSOCIATION OF CALIFORNIA *v.* COUNTY OF YOLO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 71–395. STONE *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 71–397. CAPITAL ELECTRIC POWER ASSN. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–399. AMOCO PRODUCTION CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 71–413. PHELPS DODGE REFINING CORP. *v.* ROBLEDO ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–416. STOUT *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.